UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:16-00148 |
| | ) | JUDGE COX |
| | ) | |
| BILLY RAY PERRY | ) | |

## AGREED ORDER FOR RETURN TO STATE CUSTODY

The defendant, Billy Ray Perry, through counsel requested the Court to enter an order returning him to state custody, specifically to the Cheatham County Jail, 100 Public Square, Ashland City, Tennessee 37015, pending resolution of his federal charges. There was no opposition by the government.

Mr. Perry has executed a waiver of his rights under the Interstate Agreement on Detainers, 18 U.S.C. App. 2 § 2. The Interstate Agreement on Detainers contains "anti-shuttling" provisions that requires dismissal of the indictment if "trial is not had" on the indictment "prior to the return of the prisoner to the original place of imprisonment." 18 U.S.C. App. 2 § 2, Article III (d) and IV(e). However, these provisions may be waived by a defendant's request for a transfer back to the original place of imprisonment prior to the disposition of the outstanding charges. *See Webb v. Keohane*, 804 F.2d 413 (7th Cir. 1986). Mr. Perry has waived his rights under the anti-shuttling provisions of the Interstate

Agreement on Detainers and filed a written waiver. The defendant's attorney shall be responsible for submitting the necessary documents to secure Mr. Perry's presence for future hearings.

THEREFORE, it is hereby ORDERED that Billy Ray Perry be returned to state custody, specifically the Cheatham County Jail in Ashland City, Tennessee.

ENTER this the 30th day of August, 2017.

_____
SEAN F. COX
U.S. District Court Judge

APPROVED FOR ENTRY:

/s/ Sumter L. Camp
SUMTER L. CAMP (BPR# 009917)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: sumter_camp@fd.org
Attorney for Billy Ray Perry

/s/ Clay T. Lee
CLAY T. LEE
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, TN 37203